**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John  H. Levens                                          CHAPTER 7

                               Debtor(s)

                                                                BKY. NO. 22-10018 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/Rebecca Solarz

                                        Rebecca Solarz
                                        13 Jan 2022, 16:38:52, EST

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322