Certificate Number: 13858-PAE-DE-036333563

Bankruptcy Case Number: 22-10018



13858-PAE-DE-036333563

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 15, 2022, at 11:06 o'clock PM EST, John H. Levens completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 16, 2022                    By:    /s/Wendel Ruegsegger

Name:  Wendel Ruegsegger

Title:  Counselor



FILED

MAR 1 4 2022

TIMOTHY B. MCGRATH, CLERK
DEP. CLERK