United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
John H. Levens  
    Debtor

Case No. 22-10018-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Apr 22, 2022      Form ID: 318      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | John H. Levens, 2349 Victor Street, Easton, PA 18042 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| 14659781 | + | E05, 3920 Park Ave., Edison, NJ 08820-3002 |
| 14659765 | | E05 3920, Park Ave., Edison, NJ 08820 |
| 14659769 | + | Fin Recovery, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 14659768 | | Fin Recovery, 2-- East Park Drive, Mount Laurel, NJ 08054 |
| 14659772 | | Midland Credit Management, 359 Camino Del La Reina 100, San Diego, CA 92108 |
| 14659789 | | Pennymac Loan 5, 6101 Condor Drive, Simi Valley, CA 93065 |
| 14659773 | | Pennymac Loan S, 6101 Condor Drive, Simi Valley, CA 93065 |
| 14659793 | | Rmp, Llc, 299 N New Rd., 76719 |
| 14659794 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap -On Credit, 950 Technology Way Ste 301, Libertyville, IL 60048-5339 |
| 14659795 | | TdBank USA/Target, 7000 Target Pkwy N Maill Stop Ncd 0450, Brooklyn Park, MN 55445-4301 |
| 14659796 | | Thd/Cbna, POBox 8497, Sioux Falls, SD 57117 |
| 14659763 | + | cch/Boscovs, 121 Palmer Park Mall, Easton, PA 18045-2759 |
| 14659779 | + | ch/ Boscovs, 121 Palmer Park Mall, Easton, PA 18045-2759 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Apr 23 2022 03:58:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | EDI: PENNDEPTREV | Apr 23 2022 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 22 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 22 2022 23:55:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 22 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14659762 | | EDI: CAPITALONE.COM | Apr 23 2022 03:58:00 | Capital One Bank, Po Box 31293, Salt Lake Cty, UT 84131-0293 |
| 14659778 | | EDI: CAPITALONE.COM | Apr 23 2022 03:58:00 | Capital One Bank, Po Box 31293, Salt Lake Cty, UT 841310293 |
| 14659764 | + | EDI: WFNNB.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 23 2022 03:58:00 | Comenity Capital One Bank, POBox 182120, Columbus, OH 43218-2120 |
| 14659786 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 22 2022 23:55:00 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14659771 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2022 00:00:06 | Lvnv Funding Llc, 55 Beattie Place, Greenville, SC 29601-5115 |
| 14660608 | + | EDI: AISACG.COM | Apr 23 2022 03:58:00 | National Auto Finance Company, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14659774 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 22 2022 23:55:00 | PNC Bank Na, Po Box 3180, Pittsburgh, PA 152303180 |
| 14659775 | | EDI: PRA.COM | Apr 23 2022 03:58:00 | Portfolio Recovery A, 120 Corporate Blvd # 100, Norfolk, VA 235024952 |
| 14659776 | | Email/Text: accounting@recoveryrmg.com | Apr 22 2022 23:55:00 | Rec Mgt Grp, 2901 Ubiversity Ave. Suite 29, Columbus, GA 31907 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14659766 | | Fin Recoveries, Recovery |
| 14659782 | | Fin Recoveries, Recovery |
| 14659767 | | Fin Recovery, 200 East Park Srive, 09054 |
| 14659783 | | Fin Recovery, 200 East Park Srive, 09054 |
| 14659770 | | Kohl's, Po Box 3115, Milwaukee, WI532013115 |
| 14659777 | | Rmp, Llc, 299 N New Rd. 76719 |
| 14659780 | *+ | Comenity Capital One Bank, POBox 182120, Columbus, OH 43218-2120 |
| 14659784 | * | Fin Recovery, 2- East Park Drive, Mount Laurel, NJ 08054 |
| 14659785 | *+ | Fin Recovery, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 14659787 | *+ | Lvnv Funding Llc, 55 Beattie Place, Greenville, SC 29601-5115 |
| 14659788 | * | Midland Credit Management, 359 Camino Del La Reina 100, San Diego, CA 92108 |
| 14659790 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank Na, Po Box 3180, Pittsburgh, PA 152303180 |
| 14659791 | * | Portfolio Recovery A, 120 Corporate Blvd # 100, Norfolk, VA 235024952 |
| 14659792 | *P++ | RECEIVABLE MANAGEMENT GROUP, ATTN BANKRUPTCY, 2901 UNIVERSITY AVE STE #29, COLUMBUS GA 31907-7601, address filed with court:, Rec Mgt Grp, 2901 Ubiversity Ave. Suite 29, Columbus, GA 31907 |

TOTAL: 6 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Apr 22, 2022 | Form ID: 318 | Total Noticed: 31

| Name | Email Address |
| --- | --- |
| CHARLES LOUIS ARANGIO | on behalf of Debtor John H. Levens charlesarangio@gmail.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John H. Levens | Social Security number or ITIN   xxx–xx–4927 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 22–10018–pmm | |

## Order of Discharge                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John H. Levens

4/21/22                                                **By the court:**   Patricia M. Mayer
                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**